MAXWELL EDGAR, Appellant, *v.* STUYVESANT FISH, Respondent.

*Edgar* v. *Fish*, 166 App. Div. 922, appeal dismissed.
(Argued May 24, 1915; decided June 1, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 5, 1915, affirming a judgment in favor of defendant entered upon a verdict in an action by an attorney to recover for professional services.

The motion was made upon the ground that an appeal did not lie as of right to the Court of Appeals and that permission to appeal had not been obtained.

*George C. Lay* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

In the Matter of the Accounting of SIDNEY WALLACH, as One of the Executors of and Trustees under the Will of KARL M. WALLACH, Deceased, Appellant.

BREINCHEN WALLACH et al., Individually and as Executors and Trustees et al., Respondents.

(Submitted May 24, 1915; decided June 1, 1915.)

MOTION to amend remittitur.   (See 215 N. Y. 622.)

Motion granted and remittitur amended so as to grant a separate bill of costs to Frederick W. Sperling, special guardian.